JAMES VANN and wife v. THE FAYETTEVILLE BUILDING & LOAN ASSOCIATION.

For the Syllabus in this case see that in *Mills and wife and others* v. *The Salisbury Building & Loan Association,* ante, page 292.

This was a MOTION for an *Injunction,* heard before his Honor, Judge BUXTON, at Chambers, in the County of CUMBERLAND, July 15th, 1875.

The leading facts in this case are almost identically the same as those in *Mills & Wife and others* v. *The Salisbury Building & Loan Association,* ante, page 292, and therefore need not be stated.

On the hearing by his Honor below, he continued the restraining order theretofore granted, from which order, the defendant appealed.

*McRae, Broadfoot* and *Hinsdale,* for appellant.
*W. McL. McKay* and *Guthrie,* contra.

READE, J. The questions involved in this case are the same as in *Mills & Wife* v. *Salisbury B. & L. Association,* at this term, (*ante,* page 292) ; and the decision is the same. And the opinion in that case will be certified in this. In this case the amount of interest stated is 8 per cent., which would govern in this case.

There is no error.

PER CURIAM.            Judgment affirmed.